# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>    Respondents. | Case No. 1:20-cv-00348-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2020, Respondent filed a motion to dismiss the petition. (ECF No. 5). On May 18, 2020, the Court received Petitioner's notice of change of address. (ECF No. 8). On May 19, 2020, Respondent filed a certificate of service with the Court certifying that on May 19, 2020, a copy of the motion to dismiss was served on Petitioner by mail at his new FCI Mendota address. (ECF No. 7).

On May 28, 2020, the Court received notice from Petitioner that he has not received any responsive pleading from Respondent as of May 25, 2020. (ECF No. 9). It appears that the motion to dismiss mailed on May 19, 2020 may have still been en route to Petitioner as of May 25, 2020. However, in an abundance of caution, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 5);

2. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and

3. Any reply to an opposition to the motion to dismiss shall be filed within seven (7) days after the opposition is filed in CM/ECF.

IT IS SO ORDERED.

Dated:   **May 29, 2020**

UNITED STATES MAGISTRATE JUDGE